# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA, | Case No: 5:23-cv-00884 SVW (SPx) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| vs. | |
| Defendants. | |
| WATERMARK SERVICES IV, LLC; and DOES 1 through 100, Inclusive, | [Hon. Stephen V. Wilson, Courtroom 10A] |

The parties' Joint Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1)(A)(ii), requesting dismissal of this entire action with prejudice, is hereby **GRANTED**. The case is hereby dismissed in its entirety with prejudice and with respect to all parties, with each party bearing their own attorney's fees and costs.

It is so ORDERED.

DATED: October 27, 2023

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE